William H. Lange, appellee, v. T. H. Flood & Company, appellant. Gen. No. 26,903.

Assumpsit upon accounts for printing a law book. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Barnes, J., took no part in the decision of this case. Opinion filed March 21, 1922.

James E. McGrath, for appellant. Charles E. Erbstein, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Joseph E. Hesser and Harold F. Soden, appellees, v. J. P. Chamberlin, appellant. Gen. No. 26,918.

Action of forcible entry and detainer to recover possession of a flat. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Harry J. Myerson and Slottow & Leviton, for appellant; Charles Leviton, of counsel. Joseph G. Sheldon, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

A. W. Taft, appellee, v. William H. Rockwood, appellant. Gen. No. 26,951.

Action upon two promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of facts. Opinion filed March 21, 1922.

Musgrave, Oppenheim & Lee, for appellant. Thurman, Hume & Kennedy, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Emma C. Rector, appellee, v. Edward Weiss et al., defendants, on appeal of Lake State Bank, appellant. Gen. No. 27,536.

Interlocutory order granting a preliminary injunction without notice to appellant under a bill in the nature of a creditor's bill to discover property belonging to another, in which suit appellant was not a defendant. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed March 21, 1922.

George A. Trude, for appellant; Joseph Rosenberg, of counsel. Adams, Follansbee, Hawley & Shorey, for appellee; Samuel Adams, Mitchell D. Follansbee and M. B. Kennedy, of counsel.

Mr. Justice Morrill delivered the opinion of the court.